# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANE GRATTAN,<br><br>                     Petitioner,<br><br>v.<br><br>JOHN SUTTON, Warden, et al.,<br><br>                     Respondents. | Case No.: 17cv1523-GPC (PCL)<br><br>**ORDER DENYING IN FORMA PAUPERIS APPLICATION** |

On July 26, 2017, Petitioner, a state prisoner proceeding pro se, filed a Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254. (ECF No. 1.) On August 4, 2017, the Court dismissed the Petition without prejudice due to Petitioner's failure to pay the $5.00 filing fee or submit an application to proceed in forma pauperis. (ECF No. 2.) Petitioner was instructed that if he wished to proceed with this action he was required to either pay the filing fee or submit adequate proof of his inability to do so on or before October 9, 2017. (Id.) Petitioner has now filed a motion to proceed in forma pauperis. (ECF No. 3.)

## REQUEST TO PROCEED IN FORMA PAUPERIS

The request to proceed in forma pauperis reflects a $5.72 balance in Petitioner's prison trust account. The filing fee associated with this type of action is $5.00. See 28 U.S.C. § 1914(a). Thus, it appears Petitioner can pay the requisite filing fee. Accordingly,

the Court **DENIES** the request to proceed in forma pauperis. This action remains **DISMISSED** without prejudice to Petitioner to pay the filing fee or submit adequate proof of his inability to do so on or before **October 9, 2017**.

**IT IS SO ORDERED.**

Dated: August 24, 2017

Hon. Gonzalo P. Curiel
United States District Judge